

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

November 7, 2014

The deadline for Defendant to file its Response is adjourned from November 10, 2014 until November 24, 2014.

**VIA ECF and HAND DELIVERY**
The Honorable Vernon S. Broderick
United States Courthouse
40 Foley Square
New York, NY 10007

**SO ORDERED:**

<span>Vernon Broderick</span>

Re:   *Zielinski et al v. Linaweaver et al,*
      14-cv-03798-(VSB)

HON. VERNON S. BRODERICK   11/10/2014
UNITED STATES DISTRICT JUDGE

Dear Judge Broderick:

This Office represents the Federal Bureau of Prisons ("BOP") in this case. I am writing respectfully to request a two week extension of time for the Government to file its Return to the petitioners' *habeas* petition, which seeks review of BOPs decision not to place the petitioners in Community Correctional Facilities.

We seek this extension of time due to the press of business, including work-related travel that has taken the undersigned on separate trips to Los Angeles, Washington D.C., and Baltimore in the last two weeks. The Return is currently due November 10, 2014. No previous requests for an extension have been made. Counsel for the Government did not seek the consent of the five petitioners because they are either incarcerated and acting *pro se,* or have been released and provided no forwarding address on the docket.

If this request is granted, the Government would file its Return on November 24, 2014. Thank you for your consideration of this matter.

Respectfully,

PREET BHARARA
United States Attorney

By:   /s/ *Louis A. Pellegrino*
      LOUIS A. PELLEGRINO
      Assistant United States Attorney
      Tel.   (212) 637-2689
      Fax   (212) 637-2686